

**ROD UNDERHILL,** District Attorney for Multnomah County

1021 SW 4th Ave., 600 County Courthouse • Portland, Oregon 97204 • 503 988-3162 • FAX 503 988-3643
www.mcda.us

May 16, 2014

Mr. J. Scott Moede
Attorney at Law
Portland Office of the City Attorney
1221 SW 4th Avenue Suite 430
Portland OR  97204

**RECEIVED**

MAY 1 9 2014

City Attorneys Office

    Re:  <u>State v. Jonathan Lund</u>
        DA 2244295

Dear Scott,

    Per your request, I am enclosing a copy of the prosecution decline memo in the above referenced case.  Please do not hesitate to contact me if you need any additional information.

    Regards,

    ROD UNDERHILL
    District Attorney
    Multnomah County, Oregon

    By: _____
        Donald N. Rees
        Chief Deputy District Attorney

Enclosure

MPF: 2244295                                                                                                           05/15/2014 11:04:03

| | | |
|---|---|---|
| Note for MPF: 2244295 | Type: CASE FACT | Update Date: 06/07/12 12:07 |
| Initial User ID: reesd | Initial Date and Time: 06/07/12 12:07 | Update User Id: reesd |

Case reviewed for criminal homicide charge. Donald Dennis died in the hospital following a mutual non-weapon fight with his friend and co-worker Jonathan Lund. Through legal counsel Christian Bottoms, the family of Donald Dennis does not want this case to be presented to the grand jury. There does not appear to be the kind of evidence in this case that would warrant overruling Christian Bottoms' request in this matter, as both this office and the Portland Police Bureau believe the death of Donald Dennis is not the result of a criminal act under the circumstances of this particular case.

**EXHIBIT NO. 1**
**Page 2 of 2**
**DECLARATION OF JAMES RICE**