Michael C. Lewton, OSB No. 872860
Shawn A. Lillegren, OSB No. 033750
Internet e-mail: mlewton@cosgravelaw.com
slillegren@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

Attorneys for Jonathan R. Lund

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SUE ELLEN DENNIS, an individual, and THE ESTATE OF DONALD MICHAEL DENNIS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation, DIONISIO MORALES, an individual Portland Police Officer, and JOHNATHAN R. LUND,<br><br>Defendants. | Case No. 3:14-cv-00593 HZ<br><br>**STIPULATED NOTICE OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiffs and defendant Jonathan R. Lund hereby stipulate as follows:

All parties agree that Jonathan R. Lund is dismissed with prejudice, and that no costs or disbursements or attorneys' fee will be assessed against any party.

IT IS SO STIPULATED:

_____     Dated: 10-6-15
M. Christian Bottoms, OSB #96227
Attorney for Plaintiffs

_____     Dated: 9/29/15
Shawn A. Lillegren, OSB #033750
Attorney for Jonathan R. Lund

Page 1 -  STIPULATED NOTICE OF DISMISSAL

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

2429841